FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2007

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)            :

Civil Action No. MDL 875

This Document Relates To:
_____x

VIRGINIA TEEL, SPOUSE
FOR WALTER TEEL, DECEASED

_____x


UNITED STATES DISTRICT COURT
STATE OF COLORADO

VIRGINIA TEEL, et al.,            :

                                  :

v.                                Civil Action No. 9̶1̶ ̶C̶V̶ ̶1̶1̶9̶3̶

                                  94cv00840-SGF

BABCOCK & WILCOX, et al.          :

---

## MOTION AND ORDER TO TRANSFER TO "BANKRUPT'S ONLY" DOCKET

Plaintiff here submits to the Court, in accordance with this Court's Administrative Order No. 12, that the only remaining claims in this action are against Defendants in bankruptcy and that the Plaintiff wishes at this time to pursue those claims through the bankruptcy claim process.

Plaintiff therefore moves that this action be transferred to the Court's administrative "Bankrupt's Only" docket. The Plaintiff understands that should there be a change of circumstances, the Plaintiff, may, upon compliance with Administrative Order No. 12, petition the Court to have this action reinstated against certain Defendants.

Plaintiff further understands that it is Plaintiff's responsibility to submit a final dismissal order to this Court when all claims have been resolved.

So Ordered

_____ J.
James T. Giles
11/9/2007

SUBMITTED BY:                                    SO ORDERED:

_____                  _____
Conard Metcalf                                   James T. Giles, Judge
Attorney for Plaintiff
1435 Arapahoe Avenue
Boulder, CO  80302
(303) 442-0173